# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. TROY H. SUMLER

Docket No. 3:02CR00364(EBB)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Paul Collette, SENIOR PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Troy H. Sumler, who was sentenced to 27 months' imprisonment for a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), Possession of a Firearm by a Convicted Felon, by the Honorable Ellen Bree Burns, Senior U.S. District Judge, for the District of Connecticut, on June 4, 2003, who fixed the period of supervision at 3 years which commenced on May 17, 2005 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, either in or out patient, as determined appropriate by the United States Probation Office which shall include random urinalysis. The defendant shall pay some or all of any treatment as directed by the USPO. The defendant's supervision is scheduled to terminate on May 16, 2008.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

**Charge No. 1 - Condition Violated**
Standard Condition: "The defendant shall notify the probation officer ten days prior to any change in residence or employment."

The offender failed to notify the probation officer that he had moved from his previous address of 657 Dixwell Avenue, New Haven, Connecticut, into another unspecified address in New Haven, Connecticut, on or about the months of September and October 2007.

**Charge No. 2 - Condition Violated**
Standard Condition: "The defendant shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician."

On July 7, 2007, the defendant tested positive for the presence of marijuana and cocaine. On September 24, 2007 and October 22, 2007 the defendant tested positive for the presence of marijuana.

**PRAYING THAT THE COURT WILL ORDER** a summons directing Troy H. Sumler to appear before this Court at New Haven, Connecticut on 11/20/07 at 11 a.m. to show cause why supervised release should not be revoked.

### ORDER OF COURT

Considered and ordered this 7th day of November 2007, and ordered filed and made a part of the records in the above case.

The Honorable Ellen Bree Burns
Senior United States District Judge

Sworn to By

Paul Collette
Senior United States Probation Officer

Place New Haven, Conn.

Date 11/7/07

Before me, the Honorable Ellen Bree Burns, Senior United States District Judge, on this 7 day of November 2007 at New Haven, Connecticut, Senior U.S. Probation Officer Paul Collette appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Ellen Bree Burns
Senior United States District Judge