# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

### CASE NUMBER: 3:02CR00364(EBB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: TROY H. SUMLER

USA

VS.

TROY H. SUMLER

| | |
|---|---|
| 11/9/07 | |
| | **Signature** |
| CT07317 | MICHAEL L. MOSCOWITZ |
| **Connecticut Federal Bar No.** | **Type Name** |
| 203-777-7602 | 7 ELM STREET |
| **Telephone Number** | **Address** |
| 203-777-7606 | |
| **Fax Number** | |

mmoscowitz@mg-law.net
**E-mail address**

### CERTIFICATION OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

_____
**Signature**