UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:02-CR00364(EBB) |
| PLAINTIFF | : | |
| VS. | : | |
| TROY H. SUMLER | : | DECEMBER 14, 2007 |
| DEFENDANTS. | | |

**MOTION TO AMEND DATE OF VOLUNTARY SURRENDER IN JUDGMENT**

The defendant, Troy H. Sumler, by and through his undersigned counsel, requests that the voluntary surrender, scheduled for December 17, 2007 be amended in the Judgment. The defendant, Troy H. Sumler is requesting that his surrender be continued for a period of three weeks. The reason for such request is as follows:

1. Counsel for the defendant spoke to U.S. Marshall Gary Dorsey who indicated they have not gotten the defendant's Designation and recommended that I request an amendment to the defendant's surrender date;

2. It was further communicated to counsel that without a Designation the defendant would not get voluntary surrender credit or be eligible for any programs for voluntary surrender.

Counsel was unable to make contact with U.S. Attorney Eric Glover.

This is the first time such request has been made to the Court.

```
                              RESPECTFULLY SUBMITTED,
                              DEFENDANT


                         BY:_____
                              MICHAEL L. MOSCOWITZ
                              LAW OFFICE OF MICHAEL L.
                              MOSCOWITZ,LLC
                              7 ELM STREET
                              NEW HAVEN, CT. 06510
                              203-777-7602
                              FEDERAL BAR NO.: CT07317
```

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:02-CR00364(EBB) |
| PLAINTIFF | : | |
| VS. | : | |
| TROY H. SUMLER | : | DECEMBER 14, 2007 |
| DEFENDANTS. | | |

### **CERTIFICATION OF SERVICE**

I hereby certify that on December 14, 2007, a copy of the foregoing Motion For Review was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                RESPECTFULLY SUBMITTED
                THE DEFENDANT,


          BY:_____
                MICHAEL L. Moscowitz
                7 ELM STREET
                NEW HAVEN, CT 06510
                TEL: 203-777-7602
                FAX: 203-777-7606
                FEDERAL BAR NO.: CT 07317
                mmoscowitz@mg-law.net